Chief Judge Hogan

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANDREW KENNEDY,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent.

Civil Case No. 06-Cv-____
Crim. Case No. 89-Cr-20-2

United States District Judge
Honorable Oliver Gasch

RECEIVED

JAN 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION UNDER SECTION 2255
PARAGRAPH 6 SUBSECTION 3 IN LIGHT OF
U.S. v BOOKER, 543 U.S. ____ (2005)

Comes Now, Andrew Kennedy, the files this motion under §2255¶6(3) decision in United States v. Booker port of this motion, movant states

CASE NUMBER 1:06CV00148
JUDGE: Thomas F. Hogan
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 01/30/2006

In Booker, the Court issued two (2) opinions which held that "[t]he Sixth Amendment guarantee of a right to a jury trial, as construed in Blakely, applied to the Guidelines;" and "made the Guidelines effectively advisory." Booker, p. 622.

Thus, in rendering the substantive opinion, the Booker Court reaffirmed that the "holding in Apprendi: Any fact (other than a prior conviction) which is necessary to support a sentence exceeding the maximum sentence authorized by the facts established by a plea of guilty or a jury verdict must be admitted by the defendant or proved to a jury beyond a reasonable doubt." Id.

Consequently, in movant's case, he was enhanced through facts not admitted by the defendant, nor found by the jury. Thus, Booker's clarification of Apprendi concerning the maximum sentence which may

- 1 -